IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Carbo | * |
| | * |
| v. | * CIVIL NO. MJG-00-1215 |
| American Home | * |

**ORDER**

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _____ day of _____, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
United States District Judge